# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **SEANA CROMITIE, on behalf of herself and all others similarly situated** ) ) ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:22-cv-6919 |
| **IMPERIAL WHOLESALE, INC.** ) ) ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Joseph Jeziorowski, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Joseph Jeziorowski is not a party to the action, is over 18 years of age and resides at 91 West Cavalier Drive, Cheektowaga, NY 14227.

I served the following documents on Imperial Wholesale, Inc in Erie County, NY on August 19, 2022 at 4:03 pm at 150 Bud Mil Dr, Buffalo, NY 14206 by leaving the following documents with Rick Puglisa who as President is authorized by appointment or by law to receive service of process for Imperial Wholesale, Inc.

Summons in a Civil Action
Class Action Complaint and Demand for Jury Trial
Civil Cover Sheet

Additional Description:
I delivered the documents to Rick Puglisa.

White Male, est. age 45, glasses: N, Black hair, 220 lbs to 240 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=42.889622154,-78.818493748

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Erie County  ,
  NY   on   8/24/2022  .

/s/ *Joseph Jeziorowski*
Signature
Joseph Jeziorowski
(716) 204-6807