**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SEANA CROMITIE, on behalf of herself and
all others similarly situated,

                Plaintiff,

  -against-                                    22 **CIVIL** 6919 (MKV)

                                                  **<u>JUDGMENT</u>**

IMPERIAL WHOLESALE, INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 22, 2023, Defendant's motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       August 22, 2023

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                      **BY:**        *K. Mango*

                                                  **Deputy Clerk**